LILLY PLAGER, individually and as administratrix, &c.,
respondent,

*v.*

JENNIE PLAGER et al., appellants.

[Decided April 25th, 1940.]

*Mr. George T. Vickers,* for the appellant.

*Mr. George W. Babcock,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *126 N. J. Eq. 196.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—PERSKIE, J. 1.